Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ALTAIR LOGIX LLC )
       ) Case No: 3:19-cv-03664
          Plaintiff(s), )
       ) **APPLICATION FOR**
      v. ) **ADMISSION OF ATTORNEY**
       ) **PRO HAC VICE**
VIA TECHNOLOGIES, INC. ) (CIVIL LOCAL RULE 11-3)
       )
          Defendant(s). )
       )

     I, David R. Bennett, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Altair Logix LLC in the above-entitled action. My local co-counsel in this case is Steven Nielsen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 14184<br>Chicago, IL 60614 | 100 Larkspur Landing Circle, Suite 216<br>Larkspur, CA 94939 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 291-1667 | (415) 272-8210 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dbennett@directionip.com | steve@nielsenpatents.com |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6244124 (IL).

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

     *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/24/19

                                    David R. Bennett
                                       APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of David R. Bennett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/11/2019

                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
6/21/2019

Re: David Randolph Bennett
    Attorney No. 6244214

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that David Randolph Bennett was admitted to practice law in Illinois on 12/16/1997; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar